**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00033-CV

**CITY OF DALLAS, VINCENT GOLBECK, STEPHEN WORDEN, RAQUEL HERNANDEZ AND CARLA D. NEWSON, Appellants**

**V.**

**ROBERT GRODEN, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01521**

## ORDER

We **GRANT** appellee's May 11, 2015 motion for extension of time to file brief and

**ORDER** the brief be filed no later than June 15, 2015.

/s/      CRAIG STODDART
            JUSTICE